FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0667

MONTANA DEMOCRATIC PARTY AND MITCH BOHN, WESTERN NATIVE VOICE ET AL., MONTANA YOUTH ACTION ET AL.,

*Plaintiffs and Appellees*,

V.

CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS MONTANA SECRETARY OF STATE,

*Defendant and Appellant.*

ORDER GRANTING PLAINTIFFS/APPELLEES'
UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Rule 26(1) Mont. R. App. P., Plaintiffs and Appellees'

Unopposed Motion for Extension of Time to File their response brief is

GRANTED. Plaintiffs and Appellees shall have an extension up to and including

June 30, 2023, in which to file and serve their response brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 17 2023